FILED
2017 Feb-01  PM 03:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 2:16-cr-0165-AKK |
| | ) |
| **RICHARD BURR,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

The court has for consideration Defendant's motion to suppress, doc. 16. The magistrate judge filed a report on January 17, 2017, recommending that the court deny Defendant's motion. *See* doc. 21.  The Defendant has not filed any objections.  Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and hereby is **ADOPTED** and his recommendation is **ACCEPTED**.  It is therefore **ORDERED** that Defendant's Motion to Suppress, doc. 16, is **DENIED.**

Done this the 1st day of February 2016.

_____
ABDUL K. KALLON
UNITED STATES DISTRICT JUDGE